IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALJAY LOCKETT, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-H-2034-S |
| SHERIFF JIM WOODWARD, ATTORNEY GENERAL BILL PRYOR, and CIRCUIT JUDGE CHARLES RICE, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 24, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 22nd day of September, 2000.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE